U1NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| In re:<br><br>Edrie A. Pfeiffer, Esquire,<br>Garfinkel and Pfeiffer, P.C., doing business<br>as Hampton Roads Legal Services,<br>Prince Law, LLC, and<br>Prince Law, LLP | Miscellaneous    16-00702-FJS<br>Proceeding |

**CONSENT ORDER GRANTING AMENDED MOTION TO EXAMINE DEBTORS'
TRANSACTIONS WITH THEIR ATTORNEYS AND FOR
SANCTIONS, CIVIL PENALTIES AND DISGORGEMENT OF FEES
AGAINST EDRIE A. PFEIFFER, ESQ. AND GARFINKEL AND PFEIFFER, P.C., DOING
BUSINESS AS HAMPTON ROADS LEGAL SERVICES**

This matter came before the Court on the Amended Motion to Examine Debtors' Transactions with their Attorneys and for Sanctions, Civil Penalties and Disgorgement of Fees against Edrie A. Pfeiffer ("Pfeiffer"), Garfinkel & Pfeiffer, P.C., dba Hampton Roads Legal Services ("HRLS"), Prince Law, LLC, and Prince Law, LLP (collectively, "Prince Law") filed by the United States Trustee on August 4, 2016 ("Motion"). Based upon the agreement of the United States Trustee, Pfeiffer, and HRLS evidenced by the signatures below, and for good cause shown, the Court finds that it is appropriate to resolve the Motion upon the terms contained herein, and that the resolution set forth herein has been negotiated in good faith. Therefore, it is hereby ORDERED that:

    A.    The Motion is GRANTED.

    B.    The privileges of Edrie A. Pfeiffer, Esquire, to practice before the United States Bankruptcy Court for the Eastern District of Virginia shall be suspended effective February 1, 2017, through and including April 30, 2017.

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Cecelia Ann Weschler, Esq., VSB No. 28245
Nicholas S. Herron, Esq., NJSB No. 03007-2008, PASB No. 208988
Office of the United States Trustee

200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

C. Pfeiffer shall, on or before January 23, 2017, provide written notice of her period of suspension described above, including a copy of this Order, to each of her current clients, and file with the Court a written certification of compliance with this provision.

D. Pfeiffer and HRLS shall disgorge all attorneys' fees actually received from Prince Law, the chapter 13 trustee, the debtors or on the debtor's behalf in each of the cases set forth on the attached Exhibit 1, and certify that they have done so to the Court on or before January 31, 2017.

E. Pfeiffer and HRLS shall receive no future disbursements of fees from the Chapter 13 trustee in *Johnson* and *Barry*. The Chapter 13 trustee is relieved from making any disbursements to Pfeiffer and HRLS on a going forward basis in these cases and any payments that were to be disbursed to HRLS or Pfeiffer shall be disbursed to creditors with allowed claims.

F. Pfeiffer and HRLS shall not affiliate in any way with Prince Law, LLC, Prince Law, LLP, David L. Prince, Jason Edward Searns, or any or their agents, affiliates, or employees.

G. Between entry of this Order and July 31, 2017, Pfeiffer shall complete 8 hours of Continuing Legal Education in Ethics, as approved by the Virginia State Bar, and file a certification in this case detailing the title of each course taken, the date completed, and the number of hours in Ethics credits for which the course was approved by the Virginia State Bar.

H. Failure to comply with this Consent Order, for any reason, may result in the issuance of monetary or other sanctions upon notice and a hearing requested by the United States Trustee, or by this Court, *sua sponte*.

I. The Bankruptcy Court shall retain jurisdiction to enforce this order.

J. The Clerk shall enter this Order on the docket of each of the cases set forth in Exhibit 1.

DATE: Jan 12 2017    ENTER: /s/ Frank J. Santoro
United States Bankruptcy Judge

Entered on docket: Jan 12 2017

WE ASK FOR THIS:


*/s/ Kenneth N. Whitehurst, III*
Kenneth N. Whitehurst, III, Esq. (VSB No. 48919)
Assistant United States Trustee
JUDY A. ROBBINS, UNITED STATES TRUSTEE FOR REGION FOUR

| | |
|---|---|
| */s/ Alan B. Rashkind* | (By Mr. Whitehurst with permission from |
| Alan B. Rashkind, Esq. (VSB No. 12658) | Mr. Rashkind received by email) |
| FURNISS, DAVIS, RASHKIND AND SAUNDERS, P.C. | |
| *Counsel for Edrie A. Pfeiffer, Esq. and* | |
| *Garfinkel and Pfeiffer, P.C. dba* | |
| *Hampton Roads Legal Services* | |


| | |
|---|---|
| */s/ Edrie A. Pfeiffer* | (By Mr. Whitehurst with permission from |
| Edrie A. Pfeiffer, Esq. | Ms. Pfeiffer received by email) |


## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

*/s/ Kenneth N. Whitehurst, III*
Kenneth N. Whitehurst, III

3

PARTIES TO RECEIVE COPIES:

Alan B. Rashkind, Esq. (via email)

Office of the U.S. Trustee (via email)

EXHIBIT 1

| NAME | CASE NO. | TOTAL ATTORNEYS FEES |
|---|---|---|
| Johnson | 15-73402-SCS | $1869.34 |
| Barry | 15-74458-SCS | $2664.10 |
| Battle | 16-70795-FJS | $150 |
| Urick | 16-70797-FJS | $150 |
| Best | 16-71094-FJS | $150 |
| Morrow | 16-71095-SCS | $300 |
| Cox | 16-71196-SCS | $150 |
| Parker | 16-71290-FJS | $150 |
| Villorente | 16-71406-FJS | $150 |
| Brown | 16-71508-FJS | $150 |
| Stiffler | 16-71509-SCS | $150 |
| Ingle | 16-71610-SCS | $150 |
| Thomas | 16-71710-SCS | $150 |
| Little | 16-71715-FJS | $300 |
| Seaborne | 16-71891-FJS | $450 |